IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN BRILEY            PETITIONER

v.            NO. 5:07CV00249 WRW

LARRY NORRIS, Director of the            RESPONDENT
Arkansas Department of Correction

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, _de novo_ review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner John Briley is dismissed without prejudice. Judgment will be entered for respondent Larry Norris.

IT IS SO ORDERED this _21st_ day of August, 2008.

           /s/ Wm. R. Wilson, Jr._____
           UNITED STATES DISTRICT JUDGE